UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
JOEL KIM,

                                     Plaintiff,

   – against –

NATIONAL BOARD OF MEDICAL EXAMINERS,

                                    Defendant.
-------------------------------------------------------------------------x

**ORDER**

No. 25-CV-3732 (CS)

Seibel, J.

      The Court has received the attached emails from the parties. The emergency application is moot, as both parties confirm that the emergency relief sought has been provided, and the Court thus sees no need for the conference originally scheduled for tomorrow. The lawsuit will move forward in the ordinary course. The Court has ordered the U.S. Marshals Service to serve Defendant, and once service is accomplished, Defendant will be obligated to respond as required by the Federal Rules of Civil Procedure and my Individual Rules of Practice.

**SO ORDERED.**

Dated: May 6, 2025
       White Plains, New York

                                                            _____
                                                               CATHY SEIBEL, U.S.D.J.